```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
TOBY GOTTDIENER, on behalf of                   :
himself and all others similarly situated,      :
                        Plaintiff,              :
                                                :
v.                                              :
                                                :
DYNAMIC RECOVERY SOLUTIONS, LLC;                :
FEDERAL PACIFIC CREDIT COMPANY,                 :
LLC; RESURGENT CAPITAL SERVICES                 :
L.P.; and SHERMAN FINANCIAL GROUP,              :
LLC,                                            :
                        Defendants.             :
--------------------------------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONIC FILED
DOC #:
DATE FILED: 8/22/19

**ORDER**

19-CV 6005 (VB)

    The Court has been advised that the parties have reached a settlement in principle in this case. (Doc. #7). Accordingly, it is hereby ORDERED that this action is dismissed without costs, and without prejudice to the right to restore the action to the Court's calendar, provided the application to restore the action is made by no later than October 22, 2019. To be clear, any application to restore the action must be filed by October 22, 2019, and any application to restore the action filed thereafter may be denied solely on the basis that it is untimely.

    All pending deadlines are adjourned without date, including the conference scheduled for September 26, 2019.

    The Clerk is instructed to close this case.

Dated: August 22, 2019
       White Plains, NY

                                  SO ORDERED:

                                  _____
                                  Vincent L. Briccetti
                                  United States District Judge